UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 09-341 |
| ROBERT KIM ISTRE | SECTION: "S" |

ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant's **Motion for Compassionate Release** (Rec. Doc. 81) is **DENIED**.

On October 5, 2020, the defendant filed a motion for compassionate release in this court seeking a reduction to time served. The court denied that motion on the merits. On February 23, 2021, defendant filed a second motion for compassionate release, arguing that he was re-urging the motion because circumstances had changed. That motion was denied for failure to exhaust, because defendant had never presented his request to the Bureau of Prisons ("BOP"). Defendant has now filed a third motion for compassionate release. He has attached no evidence[1] that he has exhausted his claims before the BOP. Accordingly, the motion is **DENIED** for failure to exhaust.

New Orleans, Louisiana, this __29th__ day of September, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has attached a "Rejection Notice" dated September 23, 2020, issued in connection with his first motion (and rejecting, rather than denying, his request to the BOP for failure to exhaust under its procedures). No evidence has been submitted in connection with the instant motion.